```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF LOUISIANA
               LAFAYETTE-OPELOUSAS DIVISION
```

| | | |
|---|---|---|
| TYLER LUCKEN | * | CIVIL ACTION NO. 09-00078 |
| VERSUS | * | SECTION "L", JURY DEMAND |
| CAL DIVE INTERNATIONAL, INC. | * | JUDGE HAIK |
| | * | MAGISTRATE JUDGE METHVIN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ANSWER TO COMPLAINT

COMES NOW, defendant, Cal Dive International, Inc., for response to complainant's original Complaint, answers:

### FIRST DEFENSE

The original Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

In answer to the enumerated allegations, respondent avers:

### JURISDICTION AND PARTIES

I.

The paragraph sets forth issues and conclusions of law which require no response, though should a response be deemed necessary, denied.

II.

Except to admit that Cal Dive International, Inc. has a business presence in the state of Louisiana, denied.

III.

Admitted.

IV.

Denied.

FACTS

V.

Except to admit that complainant, Tyler Lucken, was an employee of Cal Dive International, Inc., the allegations of said paragraph, as written, are denied.

VI.

Denied.

VII.

Except to admit that complainant, Tyler Lucken, while on board the CAL DIVER II sustained an accident and injuries, denied.

VIII.

As written, denied.

CAUSES OF ACTION

JONES ACT

IX.

Denied.

GENERAL MARITIME LAW

UNSEAWORTHINESS AND NEGLIGENCE

X.

As written, denied.

XI.

The paragraph sets forth issues and conclusions of law which require no response, though should a response be deemed necessary, as written, denied.

XII.

Denied.

XIII.

Denied.

MAINTENANCE AND CURE

XIV.

Denied.

JURY TRIAL

XV.

At all times Cal Dive International, Inc. retains and preserves the right to trial by jury as to all issues herein.

THIRD DEFENSE

Respondent denies any and all liability unto complainant with respect to the instant proceeding.

FOURTH DEFENSE

Respondent denies complainant is or was a member of the crew of any vessel or identifiable fleet of vessels, is without seaman

status, and accordingly, is not entitled to relief under 46 U.S.C. 688, as amended, and subsequently codified as 46 U.S.C. §30104.

FIFTH DEFENSE

Respondent denies that it or anyone for whom it may be answerable or otherwise responsible was negligent, at fault and/or caused or contributed to the existence of an unseaworthiness condition, which proximately caused the alleged accident and injuries of which complainant complains.

SIXTH DEFENSE

Respondent avers the alleged accident and injuries were caused solely and proximately as a result of the fault, negligence, want of due care, and/or assumption of the hazards incident to said employment by or on behalf of complainant, Tyler Lucken, and/or such was the result of an unavoidable accident, all of which are specifically pleaded herein as a bar to the relief sought, or in mitigation thereof.

SEVENTH DEFENSE

Respondent shows that any injuries suffered have abated, that complainant is able to and can return to perform the same and/or similar jobs and labors as those actually performed prior to the date of the incident at issue, and/or other jobs or duties for which complainant is qualified and/or may become qualified by education, training and/or experience.

### EIGHTH DEFENSE

Complainant has failed to timely and properly mitigate any damages sustained.

### NINTH DEFENSE

Respondent shows that complainant has attained maximum medical cure, is no longer in need of and therefore no longer entitled to compensation benefits, be it maintenance and cure, or otherwise.

### TENTH DEFENSE

Should it be determined that complainant, Tyler Lucken, is entitled to compensation benefits, be it maintenance and cure, or otherwise, Cal Dive International, Inc. is entitled to an offset and credit for all sums paid unto complainant, for compensation benefits, maintenance and cure, or otherwise.

### ELEVENTH DEFENSE

Cal Dive International, Inc. pleads entitlement to and does not waive right to trial by jury as to all issues.

WHEREFORE, defendant, Cal Dive International, Inc., prays that this answer be deemed good and sufficient and after the

requisite delays, there be judgment dismissing complainant's claim at complainant's cost.

And for all general and equitable relief.

Respectfully submitted,

KRAFT GATZ LANE BENJAMIN LLC

By: _____
Ralph E. Kraft, #7918
F. Douglas Gatz Jr., #16934
Bryan E. Lege, #26378
600 Jefferson Street, Suite 410
Lafayette, LA 70501
(337) 706-1818
(337) 706-1828 Telefax
rek@kgdlawllc.com
Attorneys for Cal Dive International, Inc.


CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following and/or the foregoing was sent to the following via facsimile and/or first class mail to any non-CM/ECF participant:

Bobby J. Delise/Alton J. Hall Jr.
Delise & Hall
7924 Maple Street
New Orleans, LA   70118

Lafayette, Louisiana, this 5th day of March 2009.

_____
Ralph E. Kraft