UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| TYLER LUCKEN | * | CIVIL ACTION NO. 09-00078 |
| | * | |
| VERSUS | * | SECTION "L", JURY DEMAND |
| | * | |
| CAL DIVE INTERNATIONAL, INC. | * | JUDGE HAIK |
| | * | MAGISTRATE JUDGE METHVIN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CORPORATE DISCLOSURE STATEMENT**

COMES NOW, defendant, Cal Dive International, Inc., pursuant to F.R.C.P. 7.1, who advises that the majority of Cal Dive International, Inc.'s stock is owned by Helix Energy Solutions Group, Inc., a publically traded corporation.

Respectfully submitted,

KRAFT GATZ LANE BENJAMIN LLC

By: _____
Ralph E. Kraft, #7918
F. Douglas Gatz Jr., #16934
Bryan E. Lege, #26378
600 Jefferson Street, Suite 410
Lafayette, LA 70501
(337) 706-1818
(337) 706-1828 Telefax
rek@kgdlawllc.com
Attorneys for Cal Dive International, Inc.

1

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following and/or the foregoing was sent to the following via facsimile and/or first class mail to any non-CM/ECF participant:

Bobby J. Delise/Alton J. Hall Jr.
Delise & Hall
7924 Maple Street
New Orleans, LA   70118

Lafayette, Louisiana, this 5th day of March 2009.

_____
Ralph E. Kraft